NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

───────────────────

**REALVIRT, LLC,**
*Plaintiff-Appellant*

v.

**MICHELLE K. LEE, Director, U.S. Patent and Trademark Office,**
*Defendant-Appellee*

───────────────────

2016-2669

───────────────────

Appeal from the United States District Court for the Eastern District of Virginia in No. 1:15-cv-00963-TSE-MSN, Judge T. S. Ellis III.

-------------------------------------------------------------------------------

**REALVIRT, LLC,**
*Plaintiff-Appellant*

v.

**MICHELLE K. LEE, Director, U.S. Patent and Trademark Office,**
*Defendant-Appellee*

───────────────────

2017-1159

───────────────────

Appeal from the United States District Court for the Eastern District of Virginia in No. 1:15-cv-00963-TSE-MSN, Judge T. S. Ellis III.

## ON MOTION

Before CHEN, *Circuit Judge.*

## O R D E R

Realvirt, LLC moves unopposed to deconsolidate the above-captioned appeals into two companion cases and to extend the time to file its opening brief in each appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to deconsolidate is granted. The revised official captions are reflected above. The appeals shall be considered companion cases and assigned to the same merits panel.

(2) The motion for extensions of time is granted. Realvirt's opening brief in 2016-2669 is due no later than December 15, 2016. Realvirt's opening brief in 2017-1159 is due no later than January 5, 2017.

FOR THE COURT

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

s32